39 F.3d 1171
 Safakamal (Bahareh), by Her Father Safakamal (Abraham),
Safakamal (Ebrahim, Elaheh)
v.
Deborah Heart and Lung Center, Burlington County Memorial
Hospital, Children's Hospital of Pennsylvania, Wagner
(Henry), McGrath (Lynn B.), Colombi (Maria), Meri-Levi
(David), Esperanza (Maria), Jakubicki (Vilma), Joyce
(Douglas), Graf (Debbie), Moore (Roger)
 NO. 93-5299
 United States Court of Appeals,
Third Circuit.
 Sept 26, 1994
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.